**UNITED STATES of America,
Appellee,**

v.

**Sonni Natasha HERNANDEZ,
Appellant.**

No. 05–1864.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 7, 2005.

Decided: Dec. 12, 2005.

John S. Courter, U.S. Attorney's Office, Des Moines, IA, for for Appellee.

Scott L. Bandstra, Sonni Natasha Hernandez, Bandstra Law Firm, Des Moines, IA, for Appellant.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sonni Natasha Hernandez appeals the 120–month sentence the district court * imposed after Hernandez pleaded guilty to a drug-conspiracy charge. Hernandez ar-

gues the government acted in bad faith by not filing a motion under 18 U.S.C. § 3553(e) for a departure below the mandatory minimum sentence. We conclude Hernandez failed to make a substantial threshold showing that the government's refusal was "irrational, in bad faith, or based on an unconstitutional motive." *See United States v. Davis*, 397 F.3d 672, 676 (8th Cir.2005) (quoting *Wade v. United States*, 504 U.S. 181, 186, 112 S.Ct. 1840, 118 L.Ed.2d 524 (1992)). Accordingly, we affirm.

---

* The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.